JOHN R. KROGER
Attorney General
BILLIE J. EIDSON #014928
Assistant Attorney General
AARON SPRAGUE #06228
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  billie.j.eidson@doj.state.or.us
        Aaron.Sprague@doj.state.or.us

Attorneys for Defendants M. Brown, L. Grundewald, Danielle L. Johnston, D. Mueggler, Sunil K. Walia, Bridgett Whelan

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| ARNOLD R. HUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>S. WALIA, individually and in their official capacity; B. WHELAN, individually and in their official capacity; D. MUGGLER, individually and in their official capacity; L. GRUNEWALD, individually and in their official capacity; D. JOHNSTON, individually and in their official capacity; M. BROWN, individually and in their official capacity; JANE DOE(S), individually and in their official capacity,<br><br>Defendants. | Case No. 1:10-cv-0501-CL<br><br>DECLARATION OF BILLIE J EIDSON |

I, Billie J. Eidson, declare as follows:

Page 1 -   DECLARATION OF BILLIE J EIDSON
BJE/cbh/2436456-v1

1. I am an attorney licensed to practice law in the State of Oregon and am an Assistant Attorney General for the State of Oregon.

2. The current deadline for filing a response to Plaintiff's Second Request for Production of Documents and Plaintiff's Request for Admissions to defendant Sunil Walia is **December 16, 2010**. Defendants' have an additional deadline for filing a response to Plaintiff's Request for Admissions to defendant Linda Gruenwald on **December 27, 2010**.

3. Defendants' are currently in settlement negotiations with Plaintiff and are attempting to settle this case prior to the expiration of the above referenced deadlines.

4. Defendants' would like to focus full attention and efforts on settlement negotiations and extend the above referenced deadlines to coincide with the current deadline for filing dispositive motions, expert disclosures, pretrial motions, and conclusion of discovery in this case which is **December 30, 2010**.

5. This request is made in good faith and not for the purposes of delay.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED this 15 day of December, 2010.

_____
BILLIE J. EIDSON

Page 2 - DECLARATION OF BILLIE J EIDSON
BJE/cbh/2436456-v1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2010, I served the foregoing DECLARATION OF BILLIE J. EIDSON upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Arnold R. Huskey<br>SID #6674480<br>Oregon State Correctional Institution<br>3405 Deer Park Drive SE<br>Salem, Oregon 97310-9385<br>    Plaintiff Pro Se | ___ HAND DELIVERY<br>_x_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

*[signature]*

BILLIE J. EIDSON #014928
Assistant Attorney General
AARON SPRAGUE #06228
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
billie.j.eidson@doj.state.or.us
Aaron.Sprague@doj.state.or.us
Of Attorneys for Defendants M. Brown, L.
    Grundewald, Danielle L. Johnston, D.
    Mueggler, Sunil K. Walia, Bridgett Whelan

Page 1 -   CERTIFICATE OF SERVICE
           BJE/cbh/2116052-v1