1  Arnold R. Huskey
   SID #6674480
2  Oregon State Correctional Institution
   3405 Deer Park Drive SE
3  Salem, Oregon  97310

4
                    IN THE UNITED STATES DISTRICT COURT
5                      FOR THE DISTRICT OF OREGON

6
   ARNOLD R. HUSKEY,              )          Case No. 1:10-cv-0501-CL
7                  Plaintiff,     )
                                  )
8        vs.                      )     PLAINTIFF'S AFFIDAVIT IN SUPPORT
                                  )     OF MOTION FOR EXTENSION OF TIME
9  S. WALIA, B. WHELAN,           )        TO COMPLETE ALL DISCOVERY
   L. GRUNEWALD, D. JOHNSTON,     )
10 M. BROWN, D. MUGGLER, and      )
   JANE DOE(S), individually and in )
11 their official capacities,     )
                                  )
12                 Defendants.    )

13    I, Arnold R. Huskey, being first duly sworn on oath, according to law, do hereby depose and
   say:

14    1.    That I am the plaintiff in the above-entitled action.

15    2.    That I am indigent and unable to provide the funds necessary to retain legal

16          representation in this case.

17    3.    Plaintiff avers it is absolutely essential that I obtain the documents I have

18          requested Defendants' to produce, answers to the interrogatories I have requested

19          Defendants' to answer, and responses to the admissions, respectively, in this case;

20          to eliciting the evidence and identifying Defendant(s) and witness(es) that will

21          provide me with the ability to successfully prosecute this case.

22    4.    Plaintiff is entitled to Production of the Documents, Interrogatories, and Admissions

23          I have requested from the Defendants' in this case.

24    5.    Plaintiff's request for discovery materials from the Defendants in this case is

1    made in good faith and not for purpose of delay or harassment.

2    6.    Settlement negotiations are being explored.  No settlement agreement has yet been

3    reached in the case.

4    7.    That additional time of at minimum ninety (90) days (through March 30, 2011)

5    should be granted in this case to permit parties to complete all discovery.

6    Dated: December 28, 2010

7

8    _____
     Arnold R. Huskey, Plaintiff - Affiant

9    State of Oregon    )
                        ) ss.
10   County of Marion )

11

     Signed and sworn to before me on this *28* day of December, 2010.

12

13

14   _____
     Notary Public - State of Oregon

15

16   My commission expires: ___*2014*___

17

18   OFFICIAL SEAL
     GREGORY J HUNTER
     NOTARY PUBLIC-OREGON
     COMMISSION NO. 450734
     MY COMMISSION EXPIRES AUGUST 21, 2014

19

20

21

22

23

24

Page - 2 of 3 PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF
TIME TO COMPLETE ALL DISCOVERY.

1

<u>CERTIFICATE OF SERVICE</u>

2

    I hereby certify under penalty of perjury, that on   Dec, 28  , 2010, I served the

3
foregoing Plaintiff's Motion For Extension Of Time To Complete All Discovery,
on the named attorney below for the Defendants', by mailing a true copy thereof to said

4
attorney at the address below, contained in a sealed envelope, with postage prepaid, and
deposited in the U.S. Mail at OSCI:

5

                  Billie J. Eidson

6
                  Assistant Attorney General
                  Aaron Sprague

7
                  Assistant Attorney General
                  Department of Justice

8
                  1162 Court Street NE
                  Salem, Oregon  97301-4096

9

10
                                _____
                  Arnold R. Huskey, Plaintiff- Affiant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page - 3 of 3 PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF
TIME TO COMPLETE ALL DISCOVERY.