JOHN R. KROGER
Attorney General
BILLIE J. EIDSON #014928
Assistant Attorney General
AARON SPRAGUE #06228
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: billie.j.eidson@doj.state.or.us
       Aaron.Sprague@doj.state.or.us

Attorneys for Defendants M. Brown, L. Grundewald, Danielle L. Johnston, D. Mueggler, Sunil K. Walia, Bridgett Whelan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ARNOLD R. HUSKEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. WALIA, individually and in their official capacity; B. WHELAN, individually and in their official capacity; D. MUGGLER, individually and in their official capacity; L. GRUNEWALD, individually and in their official capacity; D. JOHNSTON, individually and in their official capacity; M. BROWN, individually and in their official capacity; JANE DOE(S), individually and in their official capacity,<br><br>　　　　Defendants. | Case No. 1:10-cv-0501-CL<br><br>STIPULATION OF DISMISSAL |

Page 1 -   STIPULATION OF DISMISSAL
BJE/cbh/2361360-v1

Plaintiff hereby notifies the court that this proceeding is voluntarily dismissed as to Defendants M. Brown, L. Grundewald, Danielle L. Johnston, D. Mueggler, Sunil K. Walia, Bridgett Whelan, with prejudice and without costs pursuant to FRCP 41(a)(ii).

IT IS SO STIPULATED:

_____  DATED: 12/30/10
ARNOLD R. HUSKEY
Plaintiff Pro Se

_____  DATED: 1·6·11
BILLIE J. EIDSON #014928
AARON SPRAGUE #06228
Assistant Attorneys General
Of Attorneys for Defendants

Page 2 -   STIPULATION OF DISMISSAL
BJE/cbh/2361360-v1

1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on January 6, 2011, I served the foregoing STIPULATION OF DISMISSAL upon the parties hereto by the method indicated below, and addressed to the following:

Arnold R. Huskey
SID #6674480
Oregon State Correctional Institution
3405 Deer Park Drive SE
Salem, Oregon 97310-9385
    Plaintiff Pro Se

\_\_\_ HAND DELIVERY
_x_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
\_\_\_ E-MAIL
\_\_\_ E-FILE

_/s/_

BILLIE J. EIDSON #014928
Assistant Attorney General
AARON SPRAGUE #06228
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4791
billie.j.eidson@doj.state.or.us
Aaron.Sprague@doj.state.or.us
Of Attorneys for Defendants M. Brown, L.
    Grundewald, Danielle L. Johnston, D.
    Mueggler, Sunil K. Walia, Bridgett Whelan

Page 1 -   CERTIFICATE OF SERVICE
           BJE/cbh/2116052-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791