IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Arnold R. Huskey | ) | |
| | ) | Case Number 1:10-CV-0501-CL |
| Plaintiff | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| S. Walia , et al | ) | |
| | ) | |
| Defendant | ) | |

Based on the record.  It is hereby ADJUDGED AND DECREED that the above entitled case is dismissed with prejudice and without costs and attorney fees to any party.

DATED this  7th day of  January , 2011.

MARY L. MORAN
U.S. DISTRICT COURT


s/ D. Johnson _____
by, Deputy Clerk

Page 1 - JUDGMENT                                               Entered on Docket _____